Order Filed on April 24, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| FORMAN HOLT<br>365 West Passaic Street, Suite 400<br>Rochelle Park, NJ 07662<br>Telephone:  (201) 845-1000<br>Facsimile: (201) 655-6650<br>Attorneys for Debtors<br>Erin J. Kennedy, Esq.<br>ekennedy@formanlaw.com | |
| In Re:<br><br>miR SCIENTIFIC, LLC and HUMINN, LLC,<br><br>                    Debtors. | Chapter   11<br>(Jointly Administered)<br><br>Case  No.  24-12769  (CMG)<br><br>Hon. Christine M. Gravelle |
| miR SCIENTIFIC, LLC and HUMINN, LLC,<br><br>                    Plaintiffs,<br><br>        v.<br><br>TAL KIMMEL, MARTIN TENNISWOOD, SIGMA SIX LTD., VOLODYMYR KRAVETS, NURIT NITZAN, WEI-LIN WINNIE WANG, SAMANTHA ANTHONY, SITI NOR SYAHIRAH BINTI ZAINUDDIN, JAMES M. CRISS, REBECCA DEVAUX, MICHAEL GOLEC, BJORN S. GRANDALL, and JORDAN ALLEN GROVER,<br><br>                    Defendants. | Adv. Pro. No. 24-1193 (CMG) |

**ORDER TO SHOW CAUSE FOR TURNOVER OF PROPERTY
AND INJUNCTIVE RELIEF WITH PRELIMINARY RESTRAINTS**

The relief set forth on the following pages, numbered two (2) through four (4) is hereby

**ORDERED**.

**DATED: April 24, 2024**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

{F0216181 - 1}

Page (2)

| | |
|---|---|
| Debtor: | miR Scientific, LLC, et al. |
| Case No.: | 24-12769 (CMG) (Jointly Administered) |
| Adv. Pro.: | miR Scientific LLC, et al. v. Tal Kimmel, et al. |
| Adv. Pro. No.: | 24-1193 (CMG) |
| Caption: | Order to Show Cause for Turnover of Property and Injunctive Relief with Preliminary Restraints |

**THIS MATTER** having been presented by way of Verified Complaint (the "Complaint") and an Application for the Entry of an Order to Show Cause for Turnover of Property and Injunctive Relief with Preliminary Restraints (the "Application") filed by miR Scientific LLC and Huminn, LLC (the "Debtors") in the captioned chapter 11 case, seeking entry of an order (i) directing defendants Tal Kimmel, Martin Tenniswood, Sigma Six, Ltd., Volodymyr Kravetz, Nurit Nitzan, Wei-Lin Winnie Wang, Samantha Anthony, Siti Nor Syahirah Binti Zainuddin, James M. Criss, Rebecca Devaux, Michael Golec, Bjorn S. Grandall and Jordan Allen Grover (collectively, the "Defendants") to turn over to the Debtors property of the estate in their possession, including but not limited to company computers and assets, intellectual property, proprietary information and data, trade secrets, and company records (collectively, the "Property"); and (ii) enjoining the Defendants from using, disclosing or transferring any of the Debtors' intellectual property, proprietary data and trade secrets, and for related relief; and the court having considered the papers submitted in support of the Application, including the Declaration of Sam Salman in Support of Application for Entry of an Order to Show Cause for Turnover of Property and Injunctive Relief with Preliminary Restraints and any opposition thereto; and for good and probable cause having been shown;

It is now **ORDERED** as follows:

1.      Immediately upon entry of this order, the Defendants are enjoined from using, monetizing, disseminating, transmitting, transferring, or sharing any of the Debtors' intellectual property, proprietary information, or trade secrets and from taking any actions in violation of their

{F0216181 - 1}

Page (3)
Debtor:      miR Scientific, LLC, et al.
Case No.:     24-12769 (CMG) (Jointly Administered)
Adv. Pro.:    miR Scientific LLC, et al. v. Tal Kimmel, et al.
Adv. Pro. No.: 24-1193 (CMG)
Caption:     Order to Show Cause for Turnover of Property and Injunctive Relief with
Preliminary Restraints

employment agreements or actions that would cause harm to the Debtors assets, intellectual property and proprietary information.

2.     Defendants shall appear before the Honorable Christine M. Gravelle, U.S.B.J., United States Bankruptcy Court for the District of New Jersey (the "Court"), 402 E. State Street, Trenton, New Jersey 08608, Courtroom #3 on ___**April 30, 2024**___ at ___**12:00PM**___ and show cause as to why an order should not be entered in this action:

    a.  Determining that the Debtors are entitled to possession of the Property and directing Defendants to turn over the Property to the Debtors within seven (7) days of the entry of an order directing same.

    b.  Enjoining and prohibiting the Defendants from using, monetizing, disseminating, transmitting, transferring, or sharing any of the Debtors' intellectual property, proprietary information, or trade secrets.

3.     A copy of the Order to Show Cause, Verified Complaint, Application, Declaration of Sam Salman and Memorandum of Law shall be served upon the Defendants by overnight mail and by email by __**April 24, 2024**__.  This Order to Show Cause shall constitute original process in this adversary proceeding in lieu of a Summons.

4.     Defendants shall file and serve papers in opposition on or before __**April 29, 2024**__ by ___**12:00PM**___.  ~~Any reply to such opposition shall be filed and served on or before~~ ~~_____ by _____~~.

{F0216181 - 1}

Page (4)

| | |
|---|---|
| Debtor: | miR Scientific, LLC, et al. |
| Case No.: | 24-12769 (CMG) (Jointly Administered) |
| Adv. Pro.: | miR Scientific LLC, et al. v. Tal Kimmel, et al. |
| Adv. Pro. No.: | 24-1193 (CMG) |
| Caption: | Order to Show Cause for Turnover of Property and Injunctive Relief with Preliminary Restraints |

5.      On the return date of this Order to Show Cause, the court shall conduct a hearing, during which it will hear the oral arguments of counsel and consider any and all pleadings and papers filed in support of or in opposition to the application.

{F0216181 - 1}