Form order − ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

In Re:  miR Scientific, LLC
Debtor

Case No.: 24−12769−CMG
Chapter 11

MiRNA Scientific, LLC
Plaintiff

v.

Tal Kimmel
Defendant

Adv. Proc. No. 24−01193−CMG                    Judge: Christine M. Gravelle

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

Please be advised that on December 13, 2024, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 38 − 3
Stipulated Order Resolving Debtors' Application for Entry of an Order to Show Cause for Turnover of Property and Injunctive Relief (related document:3 Order to Show Cause for Turnover of Property and Injunctive Relief with Preliminary Restraints. Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 4/24/2024. Hearing scheduled for 4/30/2024 at 12:00 PM at CMG − Courtroom 3, Trenton. (rms)).. Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 12/13/2024 (rms)

Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: December 13, 2024
JAN: rms

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

MiRNA Scientific, LLC,
    Plaintiff

Adv. Proc. No. 24-01193-CMG

Kimmel,
    Defendant

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 2
Date Rcvd: Dec 13, 2024      Form ID: orderntc      Total Noticed: 15

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 15, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dft | + | Bjorn S. Grandall, 1415 Ellsworth Blvd., Malta, NY 12020-0034 |
| pla | + | Huminn LLC, 228 Park Avenue, Suite 15980, New York, NY 10003-1502 |
| dft | + | James M. Criss, 99 Pine Street, Apt. 306, Albany, NY 12207-2722 |
| dft | + | Jordan Allen Grover, 6325 Gun Club Road, Altamont, NY 12009-6210 |
| dft | | Martin Tenniswood, 224 Mannix Road, East Greenbush, NY 12061 |
| pla | + | MiRNA Scientific, LLC, 228 Park Avenue South, Suite 15980, New York, NY 10003-1502 |
| dft | + | Michael Golec, 99 Pine Street, Albany, NY 12207-2848 |
| dft | + | Nurit Nitzan, 706 Riverside Drive, Apt. 6D, New York, NY 10031-3133 |
| dft | + | Rebecca DeVaux, 19 Rum Cherry Road, Malta, NY 12020-4370 |
| dft | + | Samantha Anthony, 108 Hasgate Drive, Delmar, NY 12054-6720 |
| dft | | Sigma Six, Ltd., Vistra Corporate Services Centre, Wickhams Cay II, Road Town, Tortola, VG 1110, BRITISH VIRGIN ISLANDS |
| dft | + | Siti Nor Syahirah Binti Zainuddin, 10 Bruen Court, Rensselaer, NY 12144-3402 |
| dft | + | Tal Kimmel, 333 East 30th Street, Apt. 8M, New York, NY 10016-6470 |
| dft | | Volodymyr Kravets, 353, 28th October Street, Apt. 1123, Olympic Residences, Block A, 3107, Limassol, CYPRUS |
| dft | + | Wei-Lin Winnie Wang, 23 Van Allen Way, Rensselaer, NY 12144-6435 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 15, 2024      Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 13, 2024 at the address(es) listed

Case 24-01193-CMG    Doc 39    Filed 12/15/24    Entered 12/16/24 00:17:12    Desc Imaged
Certificate of Notice    Page 3 of 3

| District/off: 0312-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Dec 13, 2024 | Form ID: orderntc | Total Noticed: 15 |

**below:**

| Name | Email Address |
|---|---|
| Barry M. Kazan | on behalf of Defendant Samantha Anthony kazan@mintzandgold.com |
| Barry M. Kazan | on behalf of Defendant Jordan Allen Grover kazan@mintzandgold.com |
| Barry M. Kazan | on behalf of Defendant Siti Nor Syahirah Binti Zainuddin kazan@mintzandgold.com |
| Barry M. Kazan | on behalf of Defendant Wei-Lin Winnie Wang kazan@mintzandgold.com |
| Barry M. Kazan | on behalf of Defendant James M. Criss kazan@mintzandgold.com |
| Barry M. Kazan | on behalf of Defendant Michael Golec kazan@mintzandgold.com |
| Barry M. Kazan | on behalf of Defendant Rebecca DeVaux kazan@mintzandgold.com |
| Barry M. Kazan | on behalf of Defendant Martin Tenniswood kazan@mintzandgold.com |
| Barry M. Kazan | on behalf of Defendant Bjorn S. Grandall kazan@mintzandgold.com |
| Brett S. Theisen | on behalf of Plaintiff MiRNA Scientific  LLC btheisen@gibbonslaw.com, nmitchell@gibbonslaw.com |
| Carollynn H.G. Callari | on behalf of Defendant Nurit Nitzan ccallari@raineslaw.com  bclark@raineslaw.com |
| Carollynn H.G. Callari | on behalf of Defendant Tal Kimmel ccallari@raineslaw.com  bclark@raineslaw.com |
| Christopher P. Anton | on behalf of Plaintiff MiRNA Scientific  LLC canton@gibbonslaw.com |
| Erin Kennedy | on behalf of Plaintiff Huminn LLC ekennedy@formanlaw.com  jkisla@formanlaw.com |
| Kyle McEvilly | on behalf of Plaintiff MiRNA Scientific  LLC kmcevilly@gibbonslaw.com |
| Stephen V. Falanga | on behalf of Defendant Sigma Six  Ltd. sfalanga@thewalshfirm.com, chemrick@thewalshfirm.com;ntravostino@walsh.law |
| Stephen V. Falanga | on behalf of Defendant Volodymyr Kravets sfalanga@thewalshfirm.com  chemrick@thewalshfirm.com;ntravostino@walsh.law |

TOTAL: 17