| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **GIBBONS P.C.**<br>Robert K. Malone<br>Brett S. Theisen<br>Christopher P. Anton<br>One Gateway Center<br>Newark, New Jersey 07102<br>(973) 596-4500<br>rmalone@gibbonslaw.com<br>btheisen@gibbonslaw.com<br>canton@gibbonslaw.com<br>*Attorneys for Plaintiff MiRNA Scientific, LLC* | |
| In Re:<br><br>miR SCIENTIFIC, LLC and HUMINN, LLC,<br><br>             Debtors. | Chapter 11<br>(Jointly Administered)<br><br>Case No. 24-12769 (CMG)<br><br>Hon. Christine M. Gravelle |
| MiRNA SCIENTIFIC, LLC and HUMINN, LLC,<br><br>             Plaintiffs,<br>   v.<br><br>TAL KIMMEL, MARTIN TENNISWOOD, SIGMA SIX LTD., VOLODYMYR KRAVETS, NURIT NITZAN, WEI-LIN WINNIE WANG, SAMANTHA ANTHONY, SITI NOR SYAHIRAH BINTI ZAINUDDIN, JAMES M. CRISS, REBECCA DEVAUX, MICHAEL GOLEC, BJORN S. GRANDALL and JORDAN ALLEN GROVER,<br><br>             Defendants. | Adv. Pro. No. 24-1193 (CMG)<br><br><br>**NOTICE OF DISMISSAL AS TO DEFENDANTS WEI-LIN WINNIE WANG, SAMANTHA ANTHONY, SITI NOR SYAHIRAH BINTI ZAINUDDIN, JAMES M. CRISS, REBECCA DEVAUX, MICHAEL GOLEC, BJORN S. GRANDALL AND JORDAN ALLEN GROVER, WITH PREJUDICE AND WITHOUT COSTS** |

**PLEASE TAKE NOTICE** that plaintiffs MiRNA Scientific, LLC and Huminn, LLC hereby voluntarily dismiss all claims in the above-captioned matter against the following defendants with prejudice and without costs, pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(i), as made applicable to this adversary proceeding pursuant to Fed R. Bankr. Proc. 7041, and in accordance with the Stipulated Order Resolving Debtors' Application for the Entry of an Order to Show Cause for Turnover of Property and Injunctive Relief entered on December 13, 2024 [ECF No. 38]:

>Wei-Lin Winnie Wang
>
>Samantha Anthony
>
>Siti Nor Syahirah Binti Zainuddin
>
>James M. Criss
>
>Rebecca Devaux
>
>Michael Golec
>
>Bjorn S. Grandall; and
>
>Jordan Allen Grover.

No defendant has filed or served an answer or motion for summary judgment.

Dated: January 7, 2025

/s/ Christopher P. Anton
Brett S. Theisen, Esq.
Christopher P. Anton
**Gibbons P.C.**
One Gateway Center
Newark, NJ 07102
973-596-4500
btheisen@gibbonslaw.com
canton@gibbonslaw.com
*Attorneys for Plaintiff MiRNA Scientific, LLC*

/s/Erin Kennedy
Erin Kennedy, Esq.
Forman Holt
365 West Passaic Street
Rochelle Park, NY
201-845-1000
ekennedy@formanlaw.com
*Attorneys for Plaintiff Huminn, LLC*

/s/Erin Kennedy
Erin Kennedy, Esq.
Forman Holt
365 West Passaic Street
Rochelle Park, NY
201-845-1000
ekennedy@formanlaw.com
*Attorneys for Plaintiff Huminn, LLC*